

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-01019-CV

**IN THE INTEREST OF D.S.R.**, a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-00696
Honorable Linda A. Rodriguez, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are not assessed against appellant because she qualifies as indigent.

SIGNED May 1, 2024.

_____
Irene Rios, Justice